SCANNED Case 3:23-cv-00221-RLY-CSW   Document 2   Filed 12/11/23   Page 1 of 7 PageID #: 2

SCANNED at BCF and Emailed on
12/11/23 by PM - 8 pages.
(date)  (initials)  (num)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

RONNIE ARCHER (172960)

VS

INDIANA DEPARTMENT OF CORRECTIONS

ATTORNEY GENERAL (THEODORE ROKITA)

COMMISSIONER (CHRISTINA REAGLE)

OMBUDSMAN (CHARLENE BURKETT)

WARDEN (DANNY MITCHELL)

DEPUTY WARDEN (VIRGINIA SAMPSON)

INTERNAL AFFAIRS (STEPHANIE CHAPMANN)

INTERNAL AFFAIRS (BENTON STROUD)

UNIT TEAM (KELLY ALLEN)

UNIT TEAM (TRAVIS GOFFINET)

LIEUTENANT (RONNIE WILLIAMS)

VICKY HALL (GLOBAL TELL LINK G.T.L.)

OFFICER (J QUICK)

CASE NO. 3:23-cv-221-RLY-CSW

**FILED**
**12/11/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Comes now the plaintiff **Ronnie Diego Archer PRO se**, pursuant to **(42 USC-1983)** and **(28 USC 1331)**.

Plaintiff moves that this **(42-USC 1983)** be liberally construed and not held to the same standard as those drafter by lawyers. *See, ERICKSON V. PARDUE, 551 U.S. 89, 94 (2007)* documents filed PRO se are to be liberally construed and PRO se complaints, however in artfully pleaded, must be held less stringent standards than formal pleadings drafted by lawyers.

1. **COMPLAINT**

I have had my rights violated without due process multiple times. I filed a grievance on **(Officer J. Quick on 6-28-2023 case # 23-148609) (see Exhibit B)** because I am Insulin Dependent person I get Insulin shots twice a day, I am also prescribed an **HS/1800 Diabetic Snack (see Exhibit D)** that I get every night. On that night I came to the gate to get my HS/Snack and get in from the M.P.B. Building and **Officer J. Quick** was at the gate and he would not let me get it. The inmates were on the walks still I asked him why he wouldn't let me get it he said I was 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

minutes late. So I asked him if an Officer could bring it to me because I was feeling **light headed** and I thought I was about to pass out my sugar was very low. **Officer J. Quick** said no my 8th amendment rights were violated and he uses cruel and unusual punishment on me. I pleaded with him and told him I wasn't feeling good at all but he didn't care and he didn't have nobody bring it to me. That whole night I was feeling like I was going into diabetic shock I kept shacking all night and quick undermined the safety and security of the prison. **(Violating I.D.O.C. Policy 04-03-103 Code of Conduct for Departmental Staff)**. I have been **Prescribed HS/1800 Diabetic Snack for 7 years** and I have never had something like this happen to me until I came to **Branchville Correctional Facility**. Here are the credential for my card it is **State Form 6367R** date ordered 4/28/2023 three times a day thru **10/28/2023** signed by **(SUSAN SHOUSE LPN)** since then I have gotten a new prescription card I get a new card every 6 months. I filed a tort Claim with **Internal Affairs (Officer Benton Stroud)** and the **(Attorney General Theodore Rokita on 10-11-2023** about Officer J. Quicks) actions I have not heard anything back from either office. I mailed my **Tort Claim** using **Certified Postage** to the **(Attorney General Theodore Rokita)** here is my **(USPS tracking# 9590 9402 7000 1225 6329 05 the Article Number is 7021 1970 0001 9841 9362)** and it has a stamp on the back saying Received **10/23/2034 OAG INVESTIGATIONS (see Exhibit A)**.

Then 9 days later my messages, phone, kiosk, music app was taken even though I had bought a 30 day subscription and I was not reimbursed. My visits were taken also **(Vicky Hall)** who is in charge of GTL cut everything off and should have had my subscription reimbursed. The administration **RETALIATED** against me for filing this grievance on Officer J. Quick (see **LUCAS V. ALVEY, 2022 U.S. DIST. LEXIS 43933)**. **(Retaliation is Strictly Prohibited under the Disciplinary Code of Incarcerated Individuals 02-04-101)**. I **NEVER** received a conduct report and I never had a hearing **(Violating I.C. HEARING 11-11-5-5 (a))** (Violating **I.C. PROHBITED DISCIPLINARY ACTION I.C. 11-11-5-4 (c)**. I just got a letter in the mail saying they were taking all of these because of a video visit that happened on **3-11-2023** that was 4 months ago I asked to see it but they would not let me. I filed the grievance on **Officer J Quick 6-28-2023** and on **7-7-2023** all these sanctions just piled on me in direct **(RETALIATION) (see WHEELER V. STATE, 180 N.E. 3d 305)**. They went back on 3 separate occasions and took everything from me indefinitely. I filed a **grievance** about how I was sanctioned **(case# 23-161032) (see Exhibit B)** I filed the grievance **on 9-22-2-23** and **Deputy Warden Sampson** over turned my sanctions and everything got re-instated. I filed the grievance using **I.C. HEARINGS 11-11-5-5** I had to go 4 months not being able to call an attorney or my family this also ruined my relationship I had with my girlfriend and she is still blocked by an officer for some reason. **(See GHRAM V. HENDERSON, 89 F. 3d 75.80 (2nd Cir 1996) and RHODES V. ROBINSON, 408 F. 3d 559, 567 (9th Cir 2005)**

I could not contact any lawyers my phone was blocked I could not contact my family I was under a great deal of stress cause I have been working on my Rehabilitation while I have been incarcerated so I can be an up standing citizen once I leave prison. Since I have been at Branchville Correctional Facility I have never received a conduct report I got a printout of my

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

conduct history to prove that I have never been in any trouble what so ever. I have also asked to see the videos and **Branchville** is **denying** my access to them. The *(Brady Rule)* was violated in the disclosure of material exculpatory evidence it also applies to prison disciplinary proceedings. Videotapes must be shown to prisoners if the video is used against them, the only way an inmate can't see a video is if it a specific security reason which my video visitation is not a security reason all you see is my face on the screen. **(See MOCKOBEE V. DUGAN 2023 U.S. DIST LEXIS 175124**

## *INDIANA CONSTITUTUION ARTICLE 12: COURTS OPEN-DUE COURSE OF LAW – ADMINISTRATION OF JUSTICE:*

All courts shall be open and ever person, for injury done to him in his person, property, or reputation, shall have remedy by due course of law. Justice shall be administered freely, and without purchase, completely, and without denial, speedily, and without delay.

## OFFENDER GRIEVANCE PROCESS: 00-02-301 PAGE 6

## USE OF OFFENDER GRIEVANCE PROCESS WITHOUT FEAR OF REPRISAL:

Reprisal against an offender for filing a grievance is strictly prohibited. The prohibited reprisal includes, but is not limited to, disciplinary action against the offender for filing a grievance. Any offender who believes that they have been the subject of reprisal/retaliation for using the offender grievance process may file a grievance explaining what action or threat of action has been taken against them as a direct result of using the offender grievance process. The offender Grievance Specialist shall ensure that grievances related to reprisal/retaliation shall be thoroughly investigated and, if found to be accurate, appropriate action shall be taken against staff or offenders involved in the reprisal/retaliation.

2. **BURNS INDIANA STATUTES ANNOTATED**

{11-11-5-5. Hearing.}

(a) Before imposing any disciplinary action, the department shall afford the person charged with misconduct a hearing to determine his guilt or innocence and, if guilty, the appropriate action. The charged person may waive his right to a hearing. Also, before a charge is made, that person and a departmental employee may agree to the types of disciplinary action enumerated in sections 3(2) and 3(3) [IC 11-11-5-3(2) and IC 11-11-5-3(3)] of this chapter if no record of the conduct or disciplinary action is placed in the persons file. In connection with the hearing, the person is entitled to:

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

(1) Have not less than twenty-four (24) hours advance written notice of the date, time, and place of the hearing, and of the alleged misconduct, and the rule the misconduct is alleged to have violated;

(2) Have reasonable time to prepare for the hearing;

(3) Have an impartial decision maker;

(4) Appear and speak in his own behalf;

(5) Call witnesses and present evidence unless the person conducting the hearing finds that to do so would subject a witness to a substantial risk of harm, or would result in the admission of irrelevant or repetitive testimony;

(6) Confront and cross-examine witnesses, unless the person conducting the hearing finds:

(A) That to do so would subject a witness to a substantial risk of harm;

(B) That to do so would result in the admission of irrelevant or repetitive testimony; or

(C) Based upon good cause stated on the record, that a witness is unavailable to attend the hearing;

(7) Have advice and representation by a lay advocate of his choice, if that lay advocate is available in the institution at the time of the hearing, in those hearings based upon a charge of institutional misconduct when the department determines he lacks the competency to understand the issues involved or to participate in the hearing, or when the punishment may be that specified in:

(8) Have a written statement of the findings of fact, the evidence relied upon, and the reasons for the action taken;

(9) Have immunity if his testimony is used in any criminal proceeding;

(10) Have his record expunged of any reference to the charge if he is found not guilty or if a finding of guilt is later overturned; and

(11) Be reimbursed for state wages lost due to action taken pending the hearing if he is found not guilty or if a finding of guilt is later overturned.

Any finding of guilt must be supported by a preponderance of the evidence presented at the hearing.

(b) The department may not charge a committed person with a disciplinary rule violation unless it does so within ten (10) days of the date it becomes aware of that persons alleged involvement in misconduct.

(c) Consistent with the objective of adequate and effective representation and the integrity of the hearing system the department may adopt regulations which may limit the pool of persons eligible to advise and represent accused persons to inmates in the general population. In any event, facility or program employees and inmates may not directly or indirectly charge for advice or representation.

(d) Any statement made by an accused person to departmental employees during the course of an investigation or hearing is not admissible against him in any criminal proceeding arising out of the same incident unless the accused:

(1) Was informed:

(i) Of his right to remain silent;

(ii) That anything he says can and will be used against him in court;

(iii) Of his right to have an attorney present during any questioning;

    **(iv)** His right to have an attorney appointed for him if he is unable to afford an attorney; and

    **(v)** That if he decides to answer any questions, he may stop answering at any time during the interrogation; and

**(2)** Voluntarily, knowingly, and intelligently waived his rights under subdivision (1) to remain silent or to have an attorney present, or both.

**HISTORY:**

IC 11-11-5-5, as added by Acts 1979, P.L. 120, 4; 1980, P.L. 87, 7; P.L.99-1986, 3; P.L.135-1993, 4.

### {11-11-5-4. Prohibited disciplinary action.}

The department may not impose the following as disciplinary action:

**(1)** Corporal punishment.

**(2)** Confinement without an opportunity for at least one (1) hour of exercise five (5) days each week outside of immediate living quarters, unless the department finds and documents that this opportunity will jeopardize the physical safety of the offender, or others, or the security of the facility or program.

**(3)** A substantial change in heating, lighting, or ventilation.

**(4)** Restrictions on clothing, bedding, mail, visitation, reading and writing materials, or the use of hygienic facilities, except for abuse of these.

**(5)** Restrictions on:

    **(A)** Medical and dental care;

    **(B)** Access to courts, unless a committed person has brought a claim in a state or an administrative court, that the court determines to be frivolous, unreasonable, or groundless;

    **(C)** Access to legal counsel, government officials, or grievance proceedings; and

    **(D)** Access to personal legal papers and legal research materials.

**(6)** A deviation from the diet provided to other committed persons in that facility or program.

**(7)** Extra work exceeding a total of twenty (20) hours for one (1) rule violation, or exceeding four (4) hours in any twenty-four (24) hour period.

**HISTORY:**

IC 11-11-5-4, as added by Acts 1979, P.L. 120, 4; P.L.146-1995, 1; P.L.43-2002, 2.

### {11-11-1.5-2. Ombudsman defined.}

As used in this chapter, ombudsman means an employee of the bureau or an individual approved by the bureau to investigate and resolve complaints regarding the health and safety of any person, and violations by the department of specific laws, rules, or written policies.

**HISTORY:**

P.L.292-2001, 5.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

**11-11-1.5-3. Access.**

The department shall provide an ombudsman with:
   (1) Appropriate access to the records of an offender who files a complaint under this chapter; and
   (2) Immediate access to any correctional facility administered or supervised by the department of correction.
**HISTORY:**
P.L.292-2001, 5

3. My **14th Amendment** Due Process was violated by (**Executive Abuse of Power**), also the **Indiana Constitution Article 12** was violated. The actions and omissions of these employees that caused this loss are criminal, clearly outside the scope of the **employee's employment, malicious, willful, and wanton** or calculated to benefit the employees personally (**I am seeking $300,000 Compensatory Damages, $300,000 Nominal Damages, and $300,000 Punitive Damages) totaling $900,000**. I have been under a great deal of stress being restricted from my family and legal counsel for 4 months. My case deserves to be heard in **Federal Court** because of my **Civil Rights** being violated and the deliberate/indifference and negligence also **8th amendment Cruel and Unusual Punishment these employees perform at the Indiana Department of Correction.**

4. I have contacted the **OMBUDSMAN BUREAU AT THE DEPARTMENT OF ADMINSTRATION**. There is a request icon on our GTL tablets where we can submit our Grievances and complaints directly to **CHARLENE BURKETT** her are my case numbers.
   **23-000000114801    11/3/2023    12:00 P.M.**
   **23-000000114799    11/3/2023    11:01 A.M.**
   **23-000000109019    07/23/2023    4:04 P.M.**

5. **EXHIBITS**
   a. See **Exhibit / Appendix- A** Tort Claim: **5 PAGES**
   b. See **Exhibit / Appendix- B** Grievances (23-161032) and (23-148609): **16 PAGES**
   c. See **Exhibit / Appendix- C** Conduct History proof I never had a write up at Branchville: **2 PAGES**
   d. See **Exhibit / Appendix- D** State Form 6367R HS Prescribed Diabetic Card: **1 PAGE**
   e. See **Exhibit / Appendix- E** State Form #36935 (R/4-91) Request and Letter to Warden Mitchell: **2 PAGES**
   f. See **Exhibit** / Appendix- F Disciplinary Memo from Internal Affairs and Unit Team Staff: **4 pages**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

6. **MAIN ARGUMENTS:**
   a) How I was retaliated against for filing the grievance on Officer J. Quick
   b) How I am an insulin dependent diabetic and they didn't care about me getting my prescribed HS/1800 snack I could of went into a diabetic coma or worse
   c) How my visits, music subscription, messaging, kiosk, phone were blocked and I never received a write up or went to DHB, Screening, or have hearing they took everything from me INDEFINENTELY.
   d) Violating Article 12 of the Indiana Constitution
   e) Violating I.C. 11-11-5-5 Hearing and I.C. 11-11-5-4 Prohibited Disciplinary Action
7. **FILING FEE:**

I would like to proceed in District Court without Prepaying the Full Filing Fee:

I am not sure if you want me to submit my Exhibits/Appendixes now or later please inform me on what I should do please and thank you.

RESPECTFULLY SUBMITTED BY: _Ronnie Archer_

DATE: _12-11-23_